## BORST *vs.* GRIFFIN.

A declaration in ejectment may be filed at any time during a term, and the
  notice to *appear,* need not be for a day in the two first weeks.
When the twentieth day of the rule to plead happens on a *Sunday,* the de-
  fendant has the whole of the next day to plead in.

August 5th.    MOTION to set aside proceedings for irregularity.   This is
an action of ejectment to recover dower in pursuance of the
provisions of the revised statutes, 2 *R. S.* 303, 4.   The no-
tice subjoined to the declaration stated that the declaration
would be filed on the 24th May, which was the *twenty second*
day of term.   The default of the defendant was entered on
*Monday* the 14th June.   The defendant insisted that the
declaration in this case was in the nature of process, and
therefore ought to have been made returnable within the two
first weeks of term, and that the 13th June, being *Sunday,*
the default was prematurely entered on the 14th June.

*J. McKown,* for defendant.

*M. T. Reynolds,* for plaintiff.

*By the Court,* MARCY, J.   The declaration in this case is
in the nature of process, but is not process within the mean-
ing of the statute referred to, requiring process to be made
returnable within the two first weeks of term ; the statute
speaks of the issuing *teste* and return of process, which lan-
guage is applicable only to writs.   The default, however,
was prematurely entered, and the motion is therefore granted.